THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Todd, et al.,

    Plaintiffs,

v.

Weltman, Weinberg & Reis Co., L.P.A.
Law Firm, et al.,

    Defendants.

Case No. 1:03cv171

Judge Michael H. Watson

**ORDER**

Before the Court is a Joint Motion to Stay Discovery and Other Proceedings filed with this Court on April 4, 2005. (Doc. 92) After review of the case, the Court GRANTS the Motion to Stay Discovery and Other Proceedings, for good cause shown. The Court hereby ORDERS the parties to file a Status Report every ninety (90) days from the date of entry of this Order to update the Court as to the pending appeal before the United States Court of Appeals for the Sixth Circuit.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**